No. 266. FLORIDA *v.* EMELWON, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Joe N. Unger* for petitioner. *Al J. Cone* for respondents.

No. 268. BURNS ET AL. *v.* NEW MEXICO ET AL. Sup. Ct. N. M. Certiorari denied. *Joseph A. Calamia* for petitioners. *Boston E. Witt,* Attorney General of New Mexico, for respondents.

No. 274. MOREALI *v.* WORKMEN'S COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Arthur L. Johnson* for petitioner. *Everett A. Corten* for respondent Workmen's Compensation Appeals Board of California.

No. 277. MONTGOMERY, EXECUTRIX, ET AL. *v.* GOODYEAR AIRCRAFT CORP. C. A. 2d Cir. Certiorari denied. *Harry H. Lipsig* for petitioners. *Paul W. Williams, H. Richard Schumacher,* and *Robert F. Martin* for respondent.

No. 292. UNITED MINE WORKERS OF AMERICA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Edward L. Carey, Harrison Combs, Willard Owens,* and *M. E. Boiarsky* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 281. KENNER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Pugh, Gilbert E. Andrews,* and *Robert J. Campbell* for respondent.